IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TERRY BIRMINGHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 16-00965-CV-W-ODS |
| ) | |
| RONDA J. PASH, Warden, ) | |
| Crossroads Correctional Center, ) | |
| ) | |
| Respondent. ) | |

## ORDER DENYING PETITIONER'S REQUEST SEEKING A CERTIFICATE OF APPEALABILITY

Pending is Petitioner's Request Seeking a Certificate of Appealability. Doc. #17.[1] On April 3, 2017, the Court denied the issuance of a certificate of appealability, finding Petitioner failed to show a reasonable jurist would find the Court's ruling on the constitutional claims debatable or wrong. Doc. #14, at 13-14 (citations omitted). For those same reasons, the Court denies Petitioner's request.

The Clerk of the Court is directed to mail a copy of this Order to Terry Birmingham, #501767, Crossroads Correctional Center 4D-157, 1115 East Pence Road, Cameron, Missouri 64429.

IT IS SO ORDERED.

                                                    /s/ Ortrie D. Smith
                                                    ORTRIE D. SMITH, SENIOR JUDGE
DATE: June 29, 2017                       UNITED STATES DISTRICT COURT

---

[1] Petitioner sent his request to the Eighth Circuit Court of Appeals. Because Petitioner has not appealed this Court's decision, the Eighth Circuit sent Petitioner's request to this Court for filing and consideration.